IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04CR305-T-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RODNEY O'NEAL LITTLE | ) | |

**THIS MATTER** is before the Court on its own motion following the Defendant's Initial Appearance conducted this date.

**NOW, THEREFORE, IT IS ORDERED:**

The United States Marshals Service is directed to return the Defendant to the custody of the State of North Carolina for the purpose of the completion of his trial on state criminal charges. Upon conclusion of that trial, the Defendant is to be immediately remanded to Federal custody.

**SO ORDERED,** this 30th day of November, 2005.

_____
CARL HORN, III
U.S. Magistrate Judge